# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gaffaney's of Williston, Inc., ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Faison Office Products, Inc., ) | |
| ) | Case No. 4:15-cv-170 |
| Defendant. ) | |

Before the court is a motion for attorney Matthew J. Bailick to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Matthew J. Bailick has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 6) is **GRANTED**. Attorney Matthew J. Bailick is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2016.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr.
                                                          United States Magistrate Judge