# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Gaffaney's of Williston, Inc., | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Faison Office Products, Inc., | ) | |
| | ) | Case No. 4:15-cv-170 |
| Defendants. | ) | |

Before the court is a motion for attorney James L. Aab to appear *pro hac vice* on behalf od defendant. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney James L. Aab has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 10) is **GRANTED**. Attorney James L. Aab is admitted to practice before this court in the above-entitled action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2016.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge