# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gaffaney's of Williston, Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Faison Office Products, Inc., | ) Case No. 4-15-cv-170 |
| Defendant and Third-Party Plaintiff, | ) |
| vs. | ) |
| Paul Weyrauch, individually, Gaffaney's Properties, LLP, | ) |
| Third-Party Defendants. | ) |

Before the court is the parties' "Stipulation to Amend Scheduling Order." In the stipulation, the parties request the court's leave to amend the previously entered Rule 26(f) Discovery Plan (Docket No. 33) with respect to the discovery deadline. The parties ask the court extend this deadline to December 16, 2016, with the remainder of the Discovery Plan remaining in effect.

The court hereby **ADOPTS** the parties' stipulation. The parties shall have until December 16, 2016 to complete fact discovery and to file discovery motions. This order does not modify any other provision of the discovery plan.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge