# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gaffaney's of Williston, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Faison Office Products, Inc., | ) | Case No. 4-15-cv-170 |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Paul Weyrauch, individually, Gaffaney's Properties, LLP, | ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

The court conducted a status conference with the parties on February 22, 2017 to discuss, amongst other things, how to proceed with the depositions remaining to be taken in this matter. Pursuant to the discussion occurring during that conference, the parties are to conduct the remaining depositions, unless the parties mutually agree otherwise, during the following dates:

1. Plaintiff and Third-Party Defendants shall conduct their remaining depositions on April 12, 2017.

2. Defendant and Third-Party Plaintiff shall conduct its remaining depositions on March 28-29, 2017.

Unless the parties mutually agree otherwise, these depositions shall be taken via telephone.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2017.

            */s/ Charles S. Miller, Jr.*
            Charles S. Miller, Jr., Magistrate Judge
            United States District Court