# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gaffaney's of Williston, Inc., | ) | |
|       Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Faison Office Products, Inc., | ) | Case No. 4:15-cv-170 |
|       Defendant and Third-Party Plaintiff, | ) | |
| vs. | ) | |
| Paul Weyrauch, individually and Gaffaney's Properties, LLP | ) | |
|       Third-Party Defendants. | ) | |

Before the court is a "Stipulation for Dismissal with Prejudice" filed by the parties on March 15, 2017. The court **ADOPTS** the parties' stipulation (Docket No. 70). The above entitled action is **DISMISSED** in its entirely with prejudice without any costs or fees assessed.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2017.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr., Magistrate Judge
                                                    United States District Court